United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT W. AHLSTROM,<br><br>      Plaintiff,<br><br>    v.<br><br>DHI MORTGAGE COMPANY, LTD., L.P.,<br><br>      Defendant. | Case No. 19-cv-03435-BLF<br><br>**ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE** |

The Court hereby ORDERS that the Case Management Conference on December 7, 2023, shall be moved to December 8, 2023 at 2:30 p.m. by videoconference.

**IT IS SO ORDERED.**

Dated: November 21, 2023

_____
BETH LABSON FREEMAN
United States District Judge